Commonwealth *v.* Martino, Appellant.

Argued December 7, 1973. *Thomas E. Sterling,* for appellant; *John*

*Woodcock, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence **affirmed.**

SPAULDING, J., **absent.**